# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-15-00519-CR**
**NO. 09-15-00520-CR**

_____

**CHASE A. BRANT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 221st District Court**
**Montgomery County, Texas**
**Trial Cause No.15-03-03211-CR (Count I and Count II)**

## ORDER

On December 9, 2015, the trial court denied the appellant's motion for release on bail pending appeal in open court. In its brief for the appeal, the State brought the lack of signed orders to the Court's attention. The appellant has not controverted the State's assertion.

It is, therefore, ORDERED that the appeals are abated and the cases are remanded to the trial court for entry of signed orders on the appellant's motions for

1

release on bail pending appeal. All appellate timetables are suspended while the trial court retains jurisdiction over the cases. Supplemental records shall be filed with the Court of Appeals. The appeals will be reinstated without further orders of this Court when the supplemental clerk's records are filed.

ORDER ENTERED September 6, 2016.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.

2